[No. 7,942.—Department Two.]

## DAVID EVANS ET AL. *v.* HENRY JACOB ET AL.

FINDINGS—JUDGMENT—PRACTICE—APPEAL.—Judgment reversed and cause remanded with directions to the Court below to make its findings of fact as to the relative rights of the parties more definite and clear; and that the conclusions of law and judgment be so framed as to correspond with the findings.

APPEAL by the plaintiff from a judgment in his favor, and from an order made after judgment refusing to modify the conclusions of law and the judgment, in the Superior Court of Trinity County. JONES, J.

In the lower Court two cases were consolidated and tried together, viz., *David Evans & Charles H. Bartlet* v. *Bartol Jacobs and Henry Jacobs,* and the same plaintiffs against Henry Jacob and R. S. Baker; and upon the findings, judgment was entered in favor of the defendants in the former suit, and in favor of the plaintiffs in the latter, both of whom appealed; this being the appeal of the latter, and Case 7,971 reported below being the appeal of the former.

*John C. Burch,* for Appellants.

*F. P. Dann* and *Clay W. Taylor,* for Respondent.

The COURT:

The findings of fact are not as definite and clear as could be desired, but we are unable to construe them in such a way as to make them warrant the conclusions of law, or support the judgment of the Court. As we construe some of the findings of fact, the plaintiffs have a prior right to more water than the Court, in its conclusion of law, finds that they are entitled to, or in its judgment awards to them. And this seems to have been the view of the Court after, in its opinion, it was too late to remedy the error into which it had fallen. We have, therefore, concluded to reverse the judgment and remand the cause, with directions to the Court below to make its findings of fact as to the relative rights of the parties more definite and clear; and that the conclusions

of law and judgment be so framed as to correspond with the findings of fact.

Judgment reversed, and cause remanded, with directions as aforesaid.